# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 295 | **DATE** | 4/7/2003 |
| **CASE TITLE** | USA vs. Eddie Lee Fryer | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum. Accordingly this Court recommends the denial of leave to proceed on appeal in forma pauperis. This memorandum is being sent to the Court of Appeals for its consideration.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | APR 08 2003 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 4/7/2003 | |
| | | | date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>      v.                         )<br>                                 )<br>EDDIE LEE FRYER,                 )<br>                                 )<br>           Defendant.            ) | Court of Appeals No. 03-1574<br>District Court No. 03 C 295<br>          (90 CR 57-1) |

## MEMORANDUM

Eddie Lee Fryer ("Fryer") has moved for permission to appeal in forma pauperis from this Court's ruling rejecting his most recent effort to launch a post-conviction attack on his decade-old conviction. But what is reflected in Fryer's submission of a printout covering transactions in his trust fund account at the Federal Correctional Institution where he is housed is a disentitlement to such in forma pauperis treatment

On the last date covered by that printout (March 14, 2003) Fryer had an account balance of $100.48, just below the $105 required for payment of appellate fees. But the statement shows that Fryer's most recent monthly earnings from Unicor have been in the $200 range, with somewhat lower earnings during the last part of 2002. Under those circumstances there appears to be no reason why Fryer should not be able to pay the $105 filing fees as soon as his incoming Unicor wages bring the balance in the trust fund account over that figure.

DOCKETED APR 0 8 2003

Accordingly this Court recommends the denial of leave to proceed on appeal in forma pauperis. This memorandum is being sent to the Court of Appeals for its consideration.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 7, 2003